NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECHNICAL WITTS, INC.,**
*Plaintiff-Appellant,*

v.

**SKYNET ELECTRONIC CO., LTD.**
**and SKYNET ELECTRONIC CORPORATION,**
*Defendants-Appellees,*

and

**SILICON VALLEY WORLD TRADE CORPORATION**
**(doing business as American Skynet Company) and**
**ADVANCED TECHNICAL SALES, INC. (doing business as ATS, Inc. and also known as Tradewise),**
*Defendants-Appellees.*

---

2010-1333

---

Appeal from the United States District Court for the District of Arizona in case no. 04-CV-2025, Judge Mary H. Murguia.

---

ON MOTION

---

O R D E R

Upon consideration of the motion of Michael Gerity and Daniel J. Noblitt to withdraw as counsel for Technical Witts, Inc., and to substitute Michael A. Fisher and Martin J. Black as counsel,

IT IS ORDERED THAT:

The motion is granted. New principal counsel for Technical Witts, Inc. must promptly enter a revised entry of appearance.

FOR THE COURT

JUL 0 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael Gerity, Esq.
Frederick S. Frei, Esq.
Michael A. Fisher, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 7 2010

JAN HORBALY
CLERK